AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Edith H. | 5th Circuit Court of Appeals | 08/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

12505 U.S. Courthouse
515 Rusk
Houston, TX 77002-2600

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Sam Houston Area Council, Boy Scouts of America |
| 2. | Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. | President | Garland Walker Inn of Court |
| 4. | Trustee | Trust #1 |
| 5. | Co-Trustee & Co-Executor | Trust #2/Estate, See Note A of Section VIII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Andrews & Kurth, LLP - salary |
| 2. | 2015 | Prudential Ins. Co., Pension Annuity, Occidental Petrol |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas Federalist Society | 1/28/15 | Austin, TX | Speech | Lunch |
| 2. | The Federalist Society | 3/26-31/15 | London, England | Speech/Panel Member | Airfare, Lodging, Meals |
| 3. | Jepson School of Leadership Studies | 5/14-16/15 | Richmond, VA | Seminar | Airfare, Airport Parking, Taxi, Tips, Lodging |
| 4. | The Federalist Society | 11/12-16/15 | Washington, DC | Moderator of Panel, Meetings | Airfare, Airport Parking, Taxi, Meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Morgan Stanley Bank, N.A. | Portfolio Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BANK ACCOUNTS | | | | | | | | | |
| 2.  Bank of America - Accounts | A | Interest | L | T | | | | | |
| 3.  J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 4.  STOCKS, BONDS & NOTES | | | | | | | | | |
| 5.  AT&T Common Stock | A | Dividend | J | T | | 08/01/15 | J | | Inherit |
| 6.  Invesco Comstock A (ACSTX) (fmr. Invest. Co. of America) | A | Dividend | K | T | | | | | |
| 7.  Dow Chemical - common | A | Dividend | J | T | | | | | |
| 8.  Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 9.  Nestle - common | A | Dividend | K | T | | | | | |
| 10.  Newmont Gold - common | A | Dividend | J | T | | | | | |
| 11.  Intel Corporation | A | Dividend | K | T | | | | | |
| 12.  Procter & Gamble | B | Dividend | L | T | | | | | |
| 13.  Morgan Stanley Bank | B | Interest | M | T | | | | | |
| 14.  Morgan Stanley Bonds | C | Interest | L | T | | | | | |
| 15.  Tortoise Energy Corp. | A | Dividend | J | T | | | | | |
| 16.  Pepsico | B | Dividend | K | T | | | | | |
| 17.  NCR | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS Global Infrastructure Q | A | Interest | K | T | | | | | |
| 19. Am. Inv. Co. (AIVSX) | A | Dividend | L | T | | | | | |
| 20. Franklin Insd. Tax Free Fund | B | Interest | K | T | | | | | |
| 21. Mut. Shares Class B Tax Free | A | Dividend | J | T | | | | | |
| 22. Mut. Shares Class B Tax Free | A | Dividend | J | T | | | | | |
| 23. GPR Energy, LLC | | None | K | U | | | | | |
| 24. Syngenta AG ADR | C | Dividend | M | T | | | | | |
| 25. Magellan Midstream Partners | D | Dividend | M | T | | | | | |
| 26. Verizon Comm | A | Dividend | J | T | | | | | |
| 27. Fidelity Fund (FFFCX) | D | Int./Div. | M | T | | | | | |
| 28. Ford Motor Credit Co. | C | Interest | M | T | | | | | |
| 29. Smucker J M Co | A | Dividend | J | T | | | | | |
| 30. Lord Abbett Sht. Fund (LDLAX) | C | Dividend | M | T | | | | | |
| 31. Pioneer Mlti Ast Ult. (MCFRX) | B | Dividend | M | T | | | | | |
| 32. Templeton Global Bond FdC (TEGBX) | B | Dividend | L | T | | | | | |
| 33. Goldman Sachs MLP Inc. | B | Dividend | J | T | | | | | |
| 34. Tekla Healthcare Opp Fund (THO) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RRI Energy Inc. B3 | B | Interest | K | T | | | | | |
| 36. American Elec Power, Inc | A | Dividend | J | T | | | | | |
| 37. Bank of America | A | Dividend | J | T | | | | | |
| 38. Coca-Cola | A | Dividend | J | T | | | | | |
| 39. DuPont | A | Dividend | J | T | | | | | |
| 40. Eastman Chemical | A | Dividend | J | T | | | | | |
| 41. Emerson Elec. Co. | A | Dividend | J | T | | | | | |
| 42. General Electric Co. | A | Dividend | J | T | | | | | |
| 43. Hershey Co. | A | Dividend | J | T | | | | | |
| 44. Nat. Fuel Gas Co. | A | Dividend | J | T | | | | | |
| 45. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 46. Scana Corp. | A | Dividend | J | T | | | | | |
| 47. AmCap Fund (AMCPX) | B | Dividend | K | T | | | | | |
| 48. Fidelity Puritan Trust (FPURX) | A | Dividend | J | T | | | | | |
| 49. Fidelity Sec's Fd. (FBGRX) | A | Dividend | J | T | | | | | |
| 50. Columbia Funds (AUGAX) | A | Dividend | J | T | | | | | |
| 51. Putnam USG (PGSIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wash. Mut. Inv's Fund (AWSHX) | A | Dividend | K | T | | 08/01/15 | J | | Inherit |
| 53. First Tr. En. Income | A | Dividend | K | T | | | | | |
| 54. (x)USAA Cornerstone (USCRX) | B | Dividend | K | T | | | | | |
| 55. (x)Vanguard stock Market Index Fund | A | Dividend | K | T | | | | | |
| 56. (x)Colgate Palmolive | A | Dividend | J | T | | | | | |
| 57. (x)Pfizer | A | Dividend | J | T | | | | | |
| 58. (x)John Hancock Annuity-See Note X, Part VIII | A | Interest | K | T | | | | | |
| 59. | | | | | | | | | |
| 60. Trust #1 | B | | L | T | | | | | |
| 61. -Invesco Comstock A (ACSTX) | | | | | | | | | |
| 62. -Syngenta AG | | | | | | | | | |
| 63. -Magellan Midstream Partners | | | | | | | | | |
| 64. -Morgan Stanley Bank | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. Trust #2/Estate-See note A in Part VIII | G | Int./Div. | P1 | T | | | | | |
| 67. -Harris County Toll Rd. Bond | | | | | Sold | 01/20/15 | J | | |
| 68. -Conroe, TX ISD Bond | | | | | Sold | 01/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Spring, TX ISD Bond | | | | | Sold | 01/20/15 | J | | |
| 70.  -USAA Cornerstone (USCRX) | | | | | Distributed | 07/15/15 | M | | To Heirs |
| 71.  -Vanguard stock Market Index fund | | | | | Distributed | 09/29/15 | L | | To Heirs |
| 72.  -Wells Fargo Bank Acct. | | | | | Closed | 07/15/15 | K | | DistribToOtherEstateBankAc |
| 73.  -Broadway Bank Account | | | | | Closed | 07/15/15 | K | | DistribToOtherEstateBankAc |
| 74.  -Colgate Palmolive | | | | | Distributed | 07/15/15 | J | | Distrib to Heirs |
| 75.  -AT&T | | | | | Distributed | 07/15/15 | J | | Distrib to Heirs |
| 76.  -Pfizer | | | | | Distributed | 07/15/15 | J | | Distrib to Heirs |
| 77.  -Wash.Mut.Inv's Fd (AWSHX) | | | | | Distributed | 07/15/15 | K | | Distrib to Heirs |
| 78.  -Hollan Maine LLC See note B in Part VIII | | | | | | | | | |
| 79.  -Jefferson Bank Acct See note B in Part VIII | | | | | | | | | |
| 80.  -Frost Bank Account See note B in Part VIII | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts, Line 64, Trust#2/Estate, Column C2 should include Value Codes T,W, program only allows entry of one Code.

A. Trust #2 was liquidated in 2015. I remain an Executor on Estate.

B. Items 78-80 are within an estate and are still owned by the Estate.

X. The interited annuity is variable with a fixed portfolio, not publicly traded on an exchange, no investment options..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edith H. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544